**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Carrum Technologies, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BMW of North America, LLC, and BMW Manufacturing Co., LLC,<br><br>Defendants | C.A. No. 18-1645-RGA |

**DECLARATION OF REBECCA T. HORWITZ IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF ITS MOTION TO AMEND THE COMPLAINT TO ADD BAYERISCHE MOTOREN WERKE AG AS A DEFENDANT**

I, Rebecca T. Horwitz, declare as follows:

1. I am an attorney at Bartlit Beck LLP.

2. Attached as Exhibit 1 is a true and correct copy of the Amended Complaint.

3. Attached as Exhibit 2 is a true and correct copy of a redlined version of the Amended Complaint.

4. Attached as Exhibit 3 is a true and correct copy of BMW of North America, LLC's LinkedIn page as of March 5, 2021.

5. Attached as Exhibit 4 is a true and correct copy of a listing of the BMW Group on Alliance for Automotive Innovation.

6. Attached as Exhibit 5 is a true and correct copy of BMW Manufacturing Co., LLC's LinkedIn page as of March 5, 2021.

7. Attached as Exhibit 6 is a true and correct copy of BMW Manufacturing Co., LLC's job postings as of March 5, 2021.

8. Attached as Exhibit 7 is a true and correct copy of Dan Brody's January 29, 2021 Letter to Lionel M. Lavenue.

9. Attached as Exhibit 8 is a true and correct copy of Lionel Lavenue's February 8, 2021 Letter to Dan Brody.

10. Attached as Exhibit 9 is a true and correct copy of BMW Group Plant Munich's website as of March 5, 2021.

11. Attached as Exhibit 10 is a true and correct copy of BMW AG Brochure (2002), *BMW of N. Am., LLC v. Carrum Techs., LLC*, No. IPR2019-00905 at BMW Ex. 1008 (P.T.A.B. Oct. 8, 2019).

12. Attached as Exhibit 11 is a true and correct copy of BMW NA's Certificate of Interest, *BMW of N. Am., LLC v. Carrum Techs., LLC*, No. 12-1435, Dkt. 16 (Fed. Cir. Mar. 8, 2021).

13. Attached as Exhibit 12 is a true and correct copy of BMW AG Answer to Complaint, *Wildcat Licensing WI, LLC v. Bayerische Motoren Werke AG*, No. 19-cv-00834-MN-JLH, D.I. 79 (D. Del. Sept. 25, 2020).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of March, 2021 in Chicago, IL.

/s/ *Rebecca T. Horwitz*
Rebecca T. Horwitz