**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Carrum Technologies, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BMW of North America, LLC, and BMW Manufacturing Co., LLC,<br><br>Defendants | C.A. No. 18-1645-RGA |

**DECLARATION OF REBECCA T. HORWITZ IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO AMEND THE COMPLAINT TO ADD BAYERISCHE MOTOREN WERKE AG AS A DEFENDANT**

I, Rebecca T. Horwitz, declare as follows:

1. I am an attorney at Bartlit Beck LLP.

2. Attached as Exhibit 13 is a true and correct copy of the April 29, 2021 revised Amended Complaint.

3. Attached as Exhibit 14 is a true and correct copy of a redlined version of the April 29, 2021 revised Amended Complaint.

4. Attached as Exhibit 15 is a true and correct copy of the BMW Plant Spartanburg Facility Highlights webpage, https://www.bmwgroup-werke.com/spartanburg/en/our-plant/amenities.html as of April 27, 2021.

5. Attached as Exhibit 16 is a true and correct copy of the LinkedIn Profile of Zackery Brady, Module Lead Product Engineering at BMW Manufacturing Co., LLC. as of April 27, 2021.

6. Attached as Exhibit 17 is a true and correct copy of the LinkedIn Profile of Simon Scholz, Product Engineer at BMW Manufacturing Co. LLC. as of April 27, 2021.

7. Attached as Exhibit 18 is a true and correct copy of the LinkedIn Profile of Adam Toney, Electrical/Mechatronic Engineering Specialist at BMW Manufacturing as of April 27, 2021.

8. Attached as Exhibit 19 is a true and correct copy of the *In re BMW of North America, LLC* Settlement Agreement with NHTSA.

9. Attached as Exhibit 20 is a true and correct copy of the March 30, 2021 E-mail from C. Haynes to B. Farnan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2021 in Chicago, IL.

/s/ *Rebecca T. Horwitz*
Rebecca T. Horwitz